# You Got Posted

Girls    Guys    Videos    Members    Replies    Post Nudes

You Got Posted™ contains sexually explicit content and is for **ADULTS ONLY**. If you are under 18 years old, exit. You must agree to our terms before accessing this site. All content posted to this site is user submitted. YOUGOTPOSTED™ is protected under the First Amendment and 47 U.S.C. § 230. UGOTPOSTED™ has a zero-tolerance policy against child pornography. We will terminate and report to the authorities any user who posts illegal content. DMCA Compliance 2257 Exempt

## Post Nudes



UGOTPOSTED.COM has a zero-tolerance policy against child pornography, we will ban and report to the appropriate authorities any user who exploits children.

We respect the rights of copyright holders, and require users to have the legal right to upload and share their media. We comply with the Digital Millennium Copyright Act (DMCA) and other applicable copyright laws, and promptly remove infringing content when properly notified. Repeat infringers' files are removed and their accounts are terminated.

PLEASE DO NOT POST MORE THAN ONCE. ALL POSTS ARE MODERATED

**Your E-Mail (required)**

**Full Name (Who is it?) (required)**

**Location (City, State, Country)**

**Age (Only 18+) (required)**

**Facebook (required)**

**Other Links (Twitter, Tumblr, Etc.)**

[ Search ]

Create an account

**Username**

**Password**

☐ Remember Me

[ Log In ]

### Categories

Alabama
Alaska
Arizona
Arkansas
Australia
California
Canada
Colorado

**Tags**

[                    ]

**Password (Used for post deletion)**

[                    ]

**Terms (required)**

☐ I have read and agree to YouGotPosted.com's Terms of Use

☐ I CONFIRM THAT I AM AT LEAST **18 YEARS OLD** AND THE PERSON BEING POSTED WAS AT LEAST **18 YEARS OLD** AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE 2257 RECORDS UPON REQUEST.

**Pictures and Videos (required)**

[ Upload ]

[ Post ]

Connecticut
Couples
D.C.
Delaware
England
Florida
Georgia
Girls
Guys
Hawaii
Honduras
Idaho
Illinois
Indiana
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Mexico
Michigan
Mississippi
Missouri
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Oklahoma
Oregon
Pennsylvania
Peru
Poland
South Carolina
South Dakota
Spain
Tennessee
Texas
United Kingdom
Utah
Vermont
Video