# YOU GOT POSTED

Girls      Guys      Videos      Members      Replies      Post Nudes

You Got Posted™ contains sexually explicit content and is for **ADULTS ONLY**. If you are under 18 years old, exit. You must agree to our terms before accessing this site. All content posted to this site is user submitted. YOUGOTPOSTED™ is protected under the First Amendment and 47 U.S.C. § 230. UGOTPOSTED™ has a zero-tolerance policy against child pornography. We will terminate and report to the authorities any user who posts illegal content. DMCA Compliance 2257 Exempt

## Contact

If you made a post and want it deleted please contact us with the link to the post and the password.

If you know or suspect that a post contains child pornography please contact the NCMEC, ICAC, or local law enforcement. We have a zero-tolerance policy in regards to child exploitation and will assist in the prosecution of offenders.

YOU GOT POSTED
1765 Garnet Ave
Suite 27
San Diego, CA 92109

E-Mail: yougotposted@gmail.com



[ Search ]

Create an account

**Username**

**Password**

☐ Remember Me

[ Log In ]

### Categories

Alabama
Alaska
Arizona
Arkansas
Australia
California
Canada
Colorado