# You Got Posted

| Girls | Guys | Videos | Members | Replies | Post Nudes |

You Got Posted™ contains sexually explicit content and is for **ADULTS ONLY**. If you are under 18 years old, exit. You must agree to our terms before accessing this site. All content posted to this site is user submitted. YOUGOTPOSTED™ is protected under the First Amendment and 47 U.S.C. § 230. UGOTPOSTED™ has a zero-tolerance policy against child pornography. We will terminate and report to the authorities any user who posts illegal content. DMCA Compliance 2257 Exempt

## DMCA

- NOTICE AND TAKEDOWN PROCEDURES:The Publisher implements the following "notice and takedown" procedure upon receipt of any notification of claimed copyright infringement:
  1. The Publisher reserves the right at any time to disable access to, or remove any material or activity accessible on or from the Site or any Materials claimed to be infringing or based on facts or circumstances from which infringing activity is apparent.
  2. It is the firm policy of the Publisher to terminate the account of repeat copyright infringers, when appropriate, and the Publisher will act expeditiously to remove access to all material that infringes on another's copyright, according to the procedure set forth in 17 U.S.C. §512 of the Digital Millennium Copyright Act ("DMCA"). The Publisher's DMCA Notice Procedures are set forth in the preceding paragraph. If the notice does not comply with Paragraph XIII and §512 of the DMCA, but does comply with three requirements for identifying Site that is infringing according to §512 of the DMCA, the Publisher shall attempt to contact or take other reasonable steps to contact the complaining party to help that party comply with the notice requirements.
  3. When the Designated Agent receives a valid notice, the Publisher will expeditiously remove and/or disable access to the infringing material and shall notify the affected user. Then, the affected user may submit a counter-notification to the Designated Agent containing a statement made under penalty of perjury that the user has a good faith belief that the material was removed because of misidentification of the material. After the Designated Agent receives the counter-notification, it will replace the material at issue within 10-14 days after receipt of the counter-notification unless the Designated Agent receives notice that a court action has been filed by the complaining party seeking an injunction against the infringing



[ Search ]

Create an account

**Username**

**Password**

☐ Remember Me

[ Log In ]

### Categories

Alabama
Alaska
Arizona
Arkansas
Australia
California
Canada
Colorado

activity.

4. **NOTICE OF CLAIMED INFRINGEMENT:**

   The Publisher respects the intellectual property of others, and we ask our users to do the same. We voluntarily observe and comply with the United States' Digital Millennium Copyright Act. If You believe that Your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide Publisher's Designated Copyright Agent the following information:

   a. An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
   b. Description of the copyrighted work or other intellectual property that you claim has been infringed;
   c. A description of where the material that you claim is infringing is located on a Site;
   d. Your address, telephone number, and email address;
   e. A statement by You that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
   f. A statement by You, made under penalty of perjury, that the above information in your Notice is accurate and that You are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.
   g. You may send your Notice of Claimed Infringement to:
   YOU GOT POSTED
   1765 Garnet Ave Suite 27
   San Diego, CA 92109
   yougotposted@gmail.com
   h. **Please do not send other inquires or information to our Designated Agent.**

Connecticut
Couples
D.C.
Delaware
England
Florida
Georgia
Girls
Guys
Hawaii
Honduras
Idaho
Illinois
Indiana
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Mexico
Michigan
Mississippi
Missouri
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Oklahoma
Oregon
Pennsylvania
Peru
Poland
South Carolina
South Dakota
Spain
Tennessee
Texas
United Kingdom
Utah
Vermont
Video

# You Got Posted

Girls    Guys    Videos    Members    Replies    Post Nudes

You Got Posted™ contains sexually explicit content and is for **ADULTS ONLY**. If you are under 18 years old, exit. You must agree to our terms before accessing this site. All content posted to this site is user submitted. YOUGOTPOSTED™ is protected under the First Amendment and 47 U.S.C. § 230. UGOTPOSTED™ has a zero-tolerance policy against child pornography. We will terminate and report to the authorities any user who posts illegal content. DMCA Compliance 2257 Exempt

## 18 U.S.C. Section 2257 Compliance Notice



This service is an interactive computer service as defined under 47 U.S.C. § 230(f), as well as an Internet access service as defined under 47 U.S.C. § 231(e), that is statutorily exempt from being considered a producer under 18 U.S.C. § 2257(h)(2)(B).

ugotposted.com is not a producer (primary or secondary) of any and all of the content found on the website (ugotposted.com). With respect to the records as per 18 USC 2257 for any and all content found on this site, please kindly direct your request to the site for which the content was produced.

Content Produced by Third Parties: The operators of ugotposted.com are not the "producers" of any depictions of any actual or simulated sexually explicit conduct. To the extent that any such content appears on this site, the operators' involvement with respect there to is limited to the transmission, storage, retrieval, hosting and/or formatting of depictions posted by third party users, on areas of the website under the users' control. ugotposted.com posters, the third party "producers" of actual or simulated sexually explicit conduct, are responsible for maintaining the age verification documentation required by Title 18 U.S.C. 2257. A 2257 Form can be found here. Pursuant to Title 18 U.S.C. 2257(h)(2)(B)(v) and 47 U.S.C. 230(c), the operators of this website reserve the right to delete content posted by users which operators deem to be indecent, obscene, defamatory or inconsistent with their policies and terms of service. Questions or comments regarding this Exemption Statement should be addressed to our staff at http://www.ugotposted.com/contact

ugotposted.com is a photo and video sharing site in which allows for the uploading, sharing and general viewing of various types of adult content

Search

Create an account

**Username**

**Password**

☐ Remember Me

Log In

**Categories**

Alabama
Alaska
Arizona
Arkansas
Australia
California
Canada
Colorado

and while ugotposted.com does the best it can with verifying compliance, it may not be 100% accurate. ugotposted.com abides by the following procedures to ensure compliance: Requiring all users to be 18 years of age to upload. When uploading, user must verify the content; assure he/she is 18 years of age; certify that he/she keeps records of the models in the content and that they are over 18 years of age.

All other visual depictions displayed on this website are exempt from the provision of 18 U.S.C. section 2257 and 28 C.F.R. 75 because they do not portray conduct as specifically listed in 18 U.S.C section 2256 (2) (A) through (D), but are merely depictions of non-sexually explicit nudity, or are depictions of simulated sexual conduct, or are otherwise exempt because the visual depictions were created prior to July 3, 1995.

For further assistance and/or information in finding the content's originating site, please contact ugotposted.com compliance at
http://www.ugotposted.com/contact

Without limiting in any way the applicability of the above-stated exemptions, the operators of this website have designated the custodian, whose address appears below, to be the keeper of original records described in 18 U.S.C. § 2257 and 28 C.F.R. § 75:

You Got Posted Custodian of Records 1765 Garnet Ave #27 San Diego, CA 92109
yougotposted@gmail.com

- Connecticut
- Couples
- D.C.
- Delaware
- England
- Florida
- Georgia
- Girls
- Guys
- Hawaii
- Honduras
- Idaho
- Illinois
- Indiana
- Kansas
- Kentucky
- Louisiana
- Maine
- Maryland
- Massachusetts
- Mexico
- Michigan
- Mississippi
- Missouri
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Oklahoma
- Oregon
- Pennsylvania
- Peru
- Poland
- South Carolina
- South Dakota
- Spain
- Tennessee
- Texas
- United Kingdom
- Utah
- Vermont
- Video