

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Aug 28 03:20:26 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# yougotposted

| | |
|---|---|
| **Word Mark** | YOUGOTPOSTED |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer services, namely, creating an on-line community for users to upload and comment on various types of media and engage in social networking in the fields of videos and photography. FIRST USE: 20121101. FIRST USE IN COMMERCE: 20121101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85730045 |
| **Filing Date** | September 15, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | NO FILING BASIS |
| **Owner** | (APPLICANT) BOLLAERT, KEVIN INDIVIDUAL UNITED STATES 1765 GARNET AVE #27 SAN DIEGO CALIFORNIA 92109 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]