

Eric Steven <ericxsteven@gmail.com>

# Fw: Move Completed: .COM Domain Name Order of yougotposted.com moved from your Customer Account

1 message

**ericxsteven@gmail.com** <ericxsteven@gmail.com>  Thu, Oct 25, 2012 at 11:55 AM
Reply-To: ericxsteven@gmail.com
To: ericxsteven@gmail.com

Sent from my Verizon Wireless BlackBerry

**From:** WebCare360 <sales@webcare360.com>
**Date:** Thu, 25 Oct 2012 15:46:15 +0000 (GMT)
**To:** <ericxsteven@gmail.com>
**Subject:** Move Completed: .COM Domain Name Order of yougotposted.com moved from your Customer Account

Dear Customer,

Your .COM Domain Name has been moved to another Customer. You will no longer be able to Manage this Order from your Control Panel.

## Order Details

Order ID: 46389997
Order Description: yougotposted.com
Product: .COM Domain Name

**Support**
For any support with respect to your relationship with us you can always contact us directly using the following Information.

*Technical Support:*
Tech Support URL: http://www.webcare360.com/contact.html

*Sales Contact:*
Email Address: sales@webcare360.com
Tel No.: +92.3216643233
Fax No.: +92.3334858791

*Billing Contact:*
Email Address: domain@webcare360.com
Tel No.: +92.3216643233
Fax No.: +92.3334858791

Best Regards,
**sales@webcare360.com**
**webcare360@live.com**
**Tel:** +92.415500130

Note:

**FREE! with EVERY Domain Name**

- Privacy Protection
- DNS Service
- Domain Forwarding
- Domain Theft Protection
- Dedicated Support
- Bulk Tools
- Easy to use Control Panels
- Domain Secret Management
- Expiry Reminders
- Renewal Management Tools
- Contact Management Tools