

Eric Steven <ericxsteven@gmail.com>

## Serial number 85730045: Received Your Change of Owner's Address
1 message

**teas@uspto.gov** <teas@uspto.gov>  Fri, Nov 9, 2012 at 12:23 PM
To: ericxsteven@gmail.com

We have received your Change Of Owner's Address form below.

Application serial number(s) 85730045 has/have been amended as follows:

PTO Form 2197 (Rev 09/2005)
OMB No. 0651-0056 (Exp 09/30/2014)

## Change Of Owner's Address

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85730045 |
| **MARK SECTION** | |
| **MARK** | YOUGOTPOSTED |
| **OWNER SECTION (current)** | |
| **NAME** | Eric Chanson |
| **STREET** | 2 Columbia Pl |
| **CITY** | Princeton Junction |
| **STATE** | New Jersey |
| **ZIP/POSTAL CODE** | 08550 |
| **COUNTRY** | US |
| **PHONE** | 267-772-3908 |
| **EMAIL** | ericxsteven@gmail.com |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | ERIC CHANSON<br>PRINCETON JUNCTION New Jersey 08550-1816<br>US<br>267-772-3908<br>ericxsteven@gmail.com |

| Input Field | Entered |
|---|---|
| **NEW OWNER ADDRESS** | |
| INTERNAL ADDRESS | Suite 27 |
| STREET | 1765 Garnet Ave |
| CITY | San Diego |
| STATE | California |
| ZIP/POSTAL CODE | 92109 |
| COUNTRY | United States |
| PHONE | (619) 786-0710 |
| EMAIL | ericxsteven@gmail.com |
| **NEW CORRESPONDENCE ADDRESS FOR OWNER** | |
| NAME | Kevin C Bollaert |
| INTERNAL ADDRESS | Suite 27 |
| STREET | 1765 Garnet Ave |
| CITY | San Diego |
| STATE | California |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 92109 |
| PHONE | (619) 786-0710 |
| EMAIL | ericxsteven@gmail.com |
| | YES |
| **SIGNATURE SECTION** | |
| SIGNATURE | /eric chanson/ |
| SIGNATORY NAME | Eric Chanson |
| SIGNATORY DATE | 11/09/2012 |
| SIGNATORY POSITION | Owner |
| SIGNATORY PHONE NUMBER | 480-245-9250 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Nov 09 12:23:56 EST 2012 |
| TEAS STAMP | USPTO/COA-50.82.160.103-2 0121109122356678898-85730 045-490142bd6b7322dba9da3 8aa428954cab8a-N/A-N/A-20 121109121925926065 |

Thank you,

The TEAS support team
Fri Nov 09 12:23:57 EST 2012
STAMP: USPTO/COA-50.82.160.103-20121109122356678898-85730045-
490142bd6b7322dba9da38aa428954cab8a-N/A-N/A-20121109121925926065