**Domain Name Purchase Agreement**

The current owner (hereinafter referred to as "**Seller**") of the domain names identified below (collectively, the "**Domain Names**") desires to sell all right, title and interest in the Domain Names to the Purchaser, and the Purchaser desires to acquire same right, title and interest in such Domain Names from the Seller. Therefore, it is agreed between the parties as follows:

1. The Domain Names to be transferred from the Seller to the Purchaser are yougotpostedvideos.com, yougotposted.org, yougotposted.net, yougotposted.com, yougotposted.co, ugotposted.com, yougotposted.us, and yougotposted.biz .

2. The Seller agrees to transfer to the Purchaser all right, title and interest in and to the identified Domain Names, including any trademark rights associated with each domain name itself and all Internet traffic to the Domain Names. Notwithstanding, this Agreement does not relate to any Website content, which shall remain the property of the Seller.

3. As consideration for the sale of the domain name the Purchaser promises to pay the Seller the amount of $20. This sum shall be paid within three (3) business days from the date this Agreement becomes effective. In the event that payment is not timely received this Agreement may be cancelled by the Seller at the Seller's sole discretion.

4. After receipt of full payment for the Domain Names, the Seller shall, within two (2) business days, take the actions required to transfer the registered ownership of the Domain Names.

5. Nothing in this Agreement shall be construed to in any way limit the right of the Seller to purchase, own, create and/or maintain any other Website.

6. This Agreement states the entire agreement between the parties concerning the purchase and sale of the identified domain name and supersedes any prior agreements, understandings, or representations with respect thereto. Any addition or modification to this Agreement must be made in writing and signed by authorized representatives of both parties. This Agreement is made under and shall be construed according to the laws of the State of New Jersey. In the event that this agreement is breached, any and all disputes must be settled in a court of competent jurisdiction in the State of New Jersey.

7. If any of the provisions of this Agreement shall be found to be unenforceable, the remaining provisions shall be enforced as fully as possible and the unenforceable provision(s) shall be deemed modified to the limited extent required to permit enforcement of the Agreement as a whole.

8. The effective date of this Agreement shall be the date last signed by the parties.

WHEREFORE, the parties acknowledge that they have read and understand this Agreement and voluntarily accept the duties and obligations set forth herein.

Seller: Eric S Chanson

_____   02/11/13
Signature                Date

Address: 2 Columbia Place, Princeton Junction, NJ 08550


Purchaser: Kevin C Bollaert

_____   3/7/13
Signature                Date

Address: 1765 Garnet Ave #27, San Diego, CA 92109