3. **Representations and Warranties**

   3.1 **The Assignor hereby represents and warrants as follows:**

   3.1.1   the Assignor is an individual domiciled in the State of New Jersey.

   3.1.2   the Assignor has the exclusive ownership of the Trademark and no rights or equity of any third party are infringed as a result of this Agreement. There are no litigation or any other disputes arising from or relating to the Trademarks.

   3.1.3   the Assignor has full right, power, authority and capacity and all consents and approvals of any other third party and governmental agency necessary to execute and perform this Agreement, which shall not violate any enforceable and effective laws or contracts.

   3.1.4   once this Agreement has been duly executed by both parties, it will constitute a legal, valid and binding agreement of the Assignor enforceable against him in accordance with its terms upon its execution.

   3.1.5   the Assignor has not licensed and will not license the Trademark to any third party;

   3.1.6   the Assignor will not engage in any action that will be detrimental to the validity of the Trademark after the completion of the assignment.

   3.2 **The Assignee hereby represents and warrants as follows:**

   3.2.1   The Assignee is an individual domiciled in the State of California.

   3,2,2   The Assignee has full right, power, authority and capacity and all consents and approvals of any other third party and governmental agency necessary to execute and perform this Agreement, which shall not violate any enforceable and effective laws or contracts.

   3.2.3   Once this Agreement has been duly executed by both parties, it will constitute a legal, valid and binding agreement of the Assignee enforceable against him in accordance with its terms upon its execution.

4. **Effective Date and Term**

   This Agreement has been duly executed by the parties as of the date subscribed below, and shall be effective simultaneously.

5. **Settlement of Disputes**

**5.1    Governing Law.** This User Agreement and all matters arising out of, or otherwise relating to, this User Agreement shall be governed by the laws of New York, excluding its conflict of law provisions. Any and all disputes shall be litigated in the court of the State of New Jersey as follows:

5.1.1    The parties agree that this choice of venue and forum is mandatory and not permissive in nature, thereby precluding any possibility of litigation between the parties with respect to, or arising out of, this Agreement in a jurisdiction other than that specified in this Paragraph 5.1.

5.1.2    All parties hereby waive any right to assert the doctrine of forum *non-conveniens* or similar doctrines, or to object to venue with respect to any proceeding brought in accordance with this paragraph or with respect to any dispute under this Agreement whatsoever.

5.1.3    All parties stipulate that the state and federal courts located in the State of New Jersey shall have personal jurisdiction over them for the purpose of litigating any dispute, controversy, or proceeding arising out of (or related to) this Agreement and/or the relationship between the parties contemplated thereby.

## 6. Service of Process

Each party hereby authorizes and accepts service of process sufficient for personal jurisdiction in any action against it, as contemplated by this paragraph by registered or certified mail, Federal Express, proof of delivery or return receipt requested, to the parties address for the giving of notices as set forth in this Agreement.

## 7. Full Faith and Credit

Any final judgment rendered against a party in any action or proceeding shall be conclusive as to the subject of such final judgment and may be enforced in other jurisdictions in any manner provided by law if such enforcement becomes necessary.

## 8. Amendments and Supplements

Any amendment of or supplement to this Agreement shall be effective only by a written agreement signed by both parties. The amendment or supplement duly executed by both parties shall be part of this Agreement and shall have the same legal effect as this Agreement.

## 9. Severability

Any provision of this Agreement that is invalid or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective to the extent of such invalidity or unenforceability, without affecting in any way the remaining provisions hereof in such jurisdiction or rendering that any other provision of this Agreement invalid or unenforceable in any other jurisdiction.

## 10. Appendices

The Appendices referred to in this Agreement are an integral part of this Agreement and have the same legal effect as this Agreement.

**11.   Counterparts**

This Agreement may be signed in multiple counterparts, which shall together constitute one and the same complete Agreement.

**IN WITNESS THEREOF the parties hereto have caused this Agreement to be executed as of the date set forth below.**

**Assignor:** Eric S. Chanson

Signature: _(signed)_        Date: 01/11/13

**Assignee:** Kevin C Bollaert

Signature: _(signed)_        Date: 3/7/13

4