**Appendix 1**

Trademark:

http://tess2.uspto.gov/bin/showfield?f=doc&state=4006:rl4goz.2.1

# yougotposted

| | |
|---|---|
| **Word Mark** | YOUGOTPOSTED |
| **Goods and Services** | IC 042. US 100101. G & S: Computer services, namely, creating an on-line community for users to upload and comment on various types of media and engage in social networking |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85730045 |
| **Filing Date** | September 15, 2012 NO |
| **Current Basis** | FILING BASIS |
| **Original Filing Basis** | NO FILING BASIS |
| **Owner** | (APPLICANT) BOLLAERT, KEVIN C INDIVIDUAL UNITED STATES 1765 GARNET AVE #27 SAN DIEGO CALIFORNIA 92109 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

7

5