Marc J. Randazza, Cal. Bar No. 269535
Christopher A. Harvey, Cal. Bar. No. 261986
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiffs,
Abigail (Abbey) Talley, through her mother, Elizabeth Talley

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL TALLEY, a minor, through her mother ELIZABETH TALLEY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ERIC S. CHANSON, an individual;<br>ROY E. CHANSON, an individual;<br>AMY L. CHANSON, an individual;<br>KEVIN C. BOLLAERT, an individual;<br>BLUE MIST MEDIA, LLC, a limited-liability company of unknown origin, d/b/a "YOUGOTPOSTED,"<br><br>　　　　Defendants. | Case No. 3:13-cv-01238-CAB-BLM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

<u>NOTICE OF CHANGE OF ADDRESS</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE THAT Randazza Legal Group, attorneys for Plaintiffs, has changed its address as follows.

　　Current contact information:

　　Randazza Legal Group

　　3625 S. Town Center Drive, Suite 150

　　Las Vegas, NV 89135

Randazza
Legal Group
3625 S. Town Center
Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

| | | |
|---|---|---|
|1| Dated: September 11, 2013 | Respectfully Submitted, |
|2| | RANDAZZA LEGAL GROUP |
|3| | |
|4| | <u>/s/ Christopher A. Harvey</u> |
|5| | Marc J. Randazza (Cal. Bar No. 261986) |
| | | Christopher A. Harvey (Cal. Bar No. 261986) |
|6| | Randazza Legal Group |
|7| | 3625 S. Town Center Drive, Suite 150 |
| | | Las Vegas, NV 89135 |

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 11th day of September, 2013, I caused documents entitled:

- NOTICE OF CHANGE OF ADDRESS

to be served as follows:

[X] by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Defendants' known addresses; and/or

[ ] Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ] to be hand-delivered;

[ ] by the Court's CM/ECF system.

*(signature)*

an employee of Randazza Legal Group

- 3 -