# MINUTES OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:   *Talley v. Chanson et al.*              Case No:   **13cv1238 CAB (BLM)**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr. Tape:

The court is in receipt of the motions to dismiss of defendants Amy L. Chanson and Roy E. Chanson [Doc. No. 7] and of defendant Eric S. Chanson [Doc. No. 5.] Moving defendants failed to obtain a hearing date from the court. Accordingly, the court **SCHEDULES A HEARING** on these motions for **Friday, November 15, 2013 at 3:00 p.m.**, in Courtroom 4C. The parties should consult the court's local rules for guidance on briefing deadlines.

Date:    September 11, 2013

Initials: DWG