| | |
|---|---|
| 1 | Marc J. Randazza, Cal. Bar No. 269535 |
| 2 | Christopher A. Harvey, Cal. Bar No. 261986 |
|   | Randazza Legal Group |
| 3 | 6525 W. Warm Springs Rd., Ste. 100 |
|   | Las Vegas, NV 89118 |
| 4 | (888) 667-1113 |

Attorney(s) for          Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   ABIGAIL TALLEY, a minor, etc.                         Case No:   13CV1238CABBLM

Defendant:  ERIC S. CHANSON, an individual; et al.                 PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION; COMPLAINT; COMPLAINT; CIVIL COVER SHEET

2. a. Party served:      KEVIN C. BOLLAERT, an individual
   b. Person served:     John O'Connell, Person in Charge
   c. Place of Service:  1765 Garnet Avenue, #27
                         San Diego, CA 92109
                         {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:   09/13/2013
      (2) at:   3:47 p.m.

4. Person serving:                          a. Fee for Service: $ 40.00
   Thomas Reinhardt                         b. Registered California
   CALEXPRESS                                  Process Server
   917 West Grape Street                       (2) Registration No.: 1402
   San Diego, CA  92101                        (3) County:    San Diego
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   09/16/2013                          Signature: /s/ Thomas Reinhardt

PROOF OF SERVICE

```
 1  Marc J. Randazza, Cal. Bar No. 269535
    Christopher A. Harvey, Cal. Bar No. 261986
 2  Randazza Legal Group
    6525 W. Warm Springs Rd., Ste. 100
 3  Las Vegas, NV 89118
    (888) 667-1113
 4
 5  Attorney(s) for          Plaintiffs

                    UNITED STATES DISTRICT COURT
 6                  SOUTHERN DISTRICT OF CALIFORNIA

 7  Plaintiff:  ABIGAIL TALLEY, a minor, etc.         Case No:  13CV1238CABBLM

 8  Defendant: ERIC S. CHANSON, an individual; et al.   PROOF OF SERVICE BY MAIL

 9  I, the undersigned, certify and declare as follows:

10  I am over the age of 18 years, and not a party to this action.  My business address is 917 West
    Grape Street, San Diego, CA  92101, which is located in the county where the mailing described
11  below took place.

12  I am readily familiar with the business practice at my place of business for collection and processing
    of correspondence for mailing with the United States Postal Service.  Correspondence so collected
13  and processed is deposited with the United States Postal Service that same day in the ordinary
    course of business.
14
15  On  09/16/2013         at my place of business at San Diego, California, copy of the:

16  SUMMONS IN A CIVIL ACTION; COMPLAINT; COMPLAINT; CIVIL COVER SHEET

17
    were placed for deposit in the United States Postal service in a sealed envelope with postage
18  prepaid, addressed to:

19               KEVIN C. BOLLAERT, an individual
                 1765 Garnet Avenue, #27
20               San Diego, CA 92109

21  and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that
    date following ordinary business practice.
22
    I certify and declare under penalty of perjury under the laws of the State of California that the
23  foregoing is true and correct.

24  Executed on 09/16/2013         at San Diego, California.
25
                                          _____
26                                                Ariel Brosamle
27
28
```

PROOF OF SERVICE BY MAIL

## Certificate of Service

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served upon all other parties to appear in this litigation via U.S. Mail:

Roy and Amy Chanson
21 Coneflower Lane
Princeton Junction, NJ 08550

Eric S. Chanson
21 Coneflower Lane
Princeton Junction, NJ 08550

Dated: Sept. 18, 2013

_____
Employee, Randazza Legal Group