# EXHIBIT A



You are logged in as mrandazza    Upgrade Your Account  |  Log out  |  Help

ugotposted.com | Whois Search | Search

**Overview**  **Whois Lookup**  **Reverse Whois**  **Whois History**  **Domain Report**  **Hosting History**  **Screenshots**  **Reverse Name Server**  **Reverse IP**  **DNS**

# Whois History for Ugotposted.com on 2013-08-29

Like  12k    Follow

## Lookup Domain Ownership History

ugotposted.com    Lookup

« Previous (2013-08-28)                                Next (2013-08-30) »

| | |
|---|---|
| **Domain:** | **ugotposted.com** - Whois_History |
| **Cache Date:** | 2013-08-29 |
| **Registrar:** | GANDI SAS |
| **Server:** | whois.gandi.net |
| **Created:** | 2012-09-18 |
| **Updated:** | 2013-01-28 |
| **Expires:** | 2014-09-18 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net |

```
domain: ugotposted.com
reg_created: 2012-09-19 01:04:29
expires: 2014-09-19 01:04:29
created: 2013-01-28 08:42:07
changed: 2013-01-28 08:42:07
transfer-prohibited: yes
ns0: dora.ns.cloudflare.com
ns1: jim.ns.cloudflare.com
owner-c:
  nic-hdl: KB2353-GANDI
  owner-name: Kevin Bollaert
  organisation: ~
  person: Kevin Bollaert
  address: 1765 Garnet Ave 27
  zipcode: 92109
  city: San Diego
  state: California
  country: United States of America
  phone: +1.6197860710
  fax: ~
  email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
  lastupdated: 2013-05-15 19:44:52
admin-c:
  nic-hdl: KB2353-GANDI
  owner-name: Kevin Bollaert
  organisation: ~
  person: Kevin Bollaert
  address: 1765 Garnet Ave 27
  zipcode: 92109
  city: San Diego
  state: California
  country: United States of America
  phone: +1.6197860710
  fax: ~
  email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
  lastupdated: 2013-05-15 19:44:52
tech-c:
  nic-hdl: KB2353-GANDI
  owner-name: Kevin Bollaert
  organisation: ~
  person: Kevin Bollaert
```

```
    address: 1765 Garnet Ave 27
    zipcode: 92109
    city: San Diego
    state: California
    country: United States of America
    phone: +1.6197860710
    fax: ~
    email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
    lastupdated: 2013-05-15 19:44:52
  bill-c:
    nic-hdl: KB2353-GANDI
    owner-name: Kevin Bollaert
    organisation: ~
    person: Kevin Bollaert
    address: 1765 Garnet Ave 27
    zipcode: 92109
    city: San Diego
    state: California
    country: United States of America
    phone: +1.6197860710
    fax: ~
    email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
    lastupdated: 2013-05-15 19:44:52
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.

