# EXHIBIT A



You are logged in as mrandazza    Upgrade Your Account  |  Log out  |  Help

ugotposted.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Reverse Name Server    Reverse IP    DNS

## Whois History for Ugotposted.com on 2013-08-29

Like 12k    Follow

### Lookup Domain Ownership History

ugotposted.com    Lookup

« Previous (2013-08-28)        Next (2013-08-30) »

**Domain:** ugotposted.com - Whois History
**Cache Date:** 2013-08-29
**Registrar:** GANDI SAS
**Server:** whois.gandi.net
**Created:** 2012-09-18
**Updated:** 2013-01-28
**Expires:** 2014-09-18
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
18daf22380de249757d25a798048f79e-1652791@contact.gandi.net

```
domain: ugotposted.com
reg_created: 2012-09-19 01:04:29
expires: 2014-09-19 01:04:29
created: 2013-01-28 08:42:07
changed: 2013-01-28 08:42:07
transfer-prohibited: yes
ns0: dora.ns.cloudflare.com
ns1: jim.ns.cloudflare.com
owner-c:
  nic-hdl: KB2353-GANDI
  owner-name: Kevin Bollaert
  organisation: ~
  person: Kevin Bollaert
  address: 1765 Garnet Ave 27
  zipcode: 92109
  city: San Diego
  state: California
  country: United States of America
  phone: +1.6197860710
  fax: ~
  email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
  lastupdated: 2013-05-15 19:44:52
admin-c:
  nic-hdl: KB2353-GANDI
  owner-name: Kevin Bollaert
  organisation: ~
  person: Kevin Bollaert
  address: 1765 Garnet Ave 27
  zipcode: 92109
  city: San Diego
  state: California
  country: United States of America
  phone: +1.6197860710
  fax: ~
  email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
  lastupdated: 2013-05-15 19:44:52
tech-c:
  nic-hdl: KB2353-GANDI
  owner-name: Kevin Bollaert
  organisation: ~
  person: Kevin Bollaert
```

```
      address: 1765 Garnet Ave 27
      zipcode: 92109
      city: San Diego
      state: California
      country: United States of America
      phone: +1.6197860710
      fax: ~
      email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
      lastupdated: 2013-05-15 19:44:52
   bill-c:
      nic-hdl: KB2353-GANDI
      owner-name: Kevin Bollaert
      organisation: ~
      person: Kevin Bollaert
      address: 1765 Garnet Ave 27
      zipcode: 92109
      city: San Diego
      state: California
      country: United States of America
      phone: +1.6197860710
      fax: ~
      email: 18daf22380de249757d25a798048f79e-1652791@contact.gandi.net
      lastupdated: 2013-05-15 19:44:52
```

Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Join Our Team   |   Contact Us   |   Press   |   Site Map

© 2013 DomainTools, LLC All rights reserved.

