# EXHIBIT B


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 11 03:12:21 EDT 2013

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**yougotposted**

| | |
|---|---|
| Word Mark | YOUGOTPOSTED |
| Goods and Services | IC 042. US 100 101. G & S: Computer services, namely, creating an on-line community for users to upload and comment on various types of media and engage in social networking in the fields of videos and photography. FIRST USE: 20121101. FIRST USE IN COMMERCE: 20121101 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85730045 |
| Filing Date | September 15, 2012 |
| Current Basis | 1A |
| Original Filing Basis | NO FILING BASIS |
| Owner | (APPLICANT) BOLLAERT, KEVIN INDIVIDUAL UNITED STATES 1765 GARNET AVE #27 SAN DIEGO CALIFORNIA 92109 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY