# Exhibit 3

Ryan Gile <RGile@weidemiller.com>  May 7, 2013 2:50 PM
To: "Marc John Randazza" <mjr@randazza.com>, "Ron Green" <rdg@randazza.com>
Cc: "Maria Morawska - Randazza Legal Group" <mtm@randazza.com>
RE: Correspondence from Randazza Legal Group [Chanson] For Settlement Purposes OnlyNot Admissible Under FRE 408

Marc/Ron,

I would appreciate it if you would provide me with the additional facts you have about my client's involvement with the site (both the sites at issue in the ViaView case and the ugotposted sites) along with any documentary evidence you have supporting such facts.

Best Regards,

Ryan Gile

## Weide & Miller, Ltd.
*Patents, Trademarks, Copyrights, Trade Secrets and Related Litigation*

5th Floor, Bank of Nevada Building
7251 West Lake Mead Blvd. Suite 530
Las Vegas, NV 89128
702-382-4804 (voice)
702-382-4805 (facsimile)
RGile@WeideMiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you.

