# EXHIBIT B

ROY E. CHANSON

21 Coneflower Lane

Princeton Junction,

New Jersey 08550

AMY L. CHANSON

21 Coneflower Lane

Princeton Junction,

New Jersey 08550

Defendants (pro se)

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAL TALLEY | Case No. 13-cv-1238 CAB BLM |
| ELIZABETH TALLEY | |
| Plaintiff, | Honorable Cathy Ann Bencivengo |
| V, | |
| ROY E. CHANSON | AMENDED MOTION TO DISMISS |
| AMY L. CHANSON | |
| Defendants. | October 21, 2013 |

The defendants in Case # 13-cv-1238, Roy E. Chanson and Amy L. Chanson would like to make the disclosure that the legal services of SmithDehnIndia was used to help draft the previously filed Motion to Dismiss in the event the court has any objection to our having done so. The omission of the legal services in the drafting was not intentional. We were not instructed by SmithDehnIndia to include this information on the previous document Motion to Dismiss filed with the court. We hope the court will understand that using an "unbundled" service as we could not have answered the complaint without facing certain financial ruin. We also wish to remind

the court that we have been unfairly included in this lawsuit. Roy and Amy Chanson wish to inform the court that Kevin Bollaert has shut down the Yougotposted.com website.

October 21, 2013


Respectfully submitted,


_____
Roy E. Chanson

Roy.Chanson@gmail.com

_____
Amy L. Chanson

ROY E. CHANSON

21 Coneflower Lane

Princeton Junction,

New Jersey 08550

AMY L. CHANSON

21 Coneflower Lane

Princeton Junction,

New Jersey 08550

Defendants (pro se)

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAL TALLEY | Case No. 13-cv-1238 CAB BLM |
| ELIZABETH TALLEY | |
| Plaintiff, | Honorable Cathy Ann Bencivengo |
| V, | |
| ROY E. CHANSON | AMENDED MOTION FOR SANCTIONS |
| AMY L. CHANSON | |
| Defendants. | October 21, 2013 |

The defendants in Case # 13-cv-1238, Roy E. Chanson and Amy L. Chanson would like to make the disclosure that the legal services of SmithDehnIndia was used to help draft the previously filed Motion For Sanctions in the event the court has any objection to our having done so. The omission of the legal services in the drafting was not intentional. We were not instructed by SmithDehnIndia to include this information on the previous document Motion for Sanctions with the court. We hope the court will understand that using an "unbundled" service as we could not have answered the complaint without facing certain financial ruin. We also wish to remind the

not have answered the complaint without facing certain financial ruin. We also wish to remind the court that we have been unfairly included in this lawsuit. Roy and Amy Chanson wish to inform the court that Kevin Bollaert has shut down the Yougotposted.com website.

October 21, 2013

Respectfully submitted,

*[signature]*  
Roy E. Chanson

Roy.Chanson@gmail.com

*[signature]*  
Amy L. Chanson

October 21, 2013

Case No. 3:13-cv-01238

## Certificate of Service

Marc J. Randazza

Christopher A. Harvey

Randazza Legal Group

3625 S. Town Center Drive Suite 150

Las Vegas, NV 89135

Kevin Bollaert

1765 Garnet Ave 27

San Diego, CA 92109