# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL TALLEY, a minor, through her mother ELIZABETH TALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC S. CHANSON, an individual;<br>ROY E. CHANSON, an individual;<br>AMY L. CHANSON, an individual;<br>KEVIN C. BOLLAERT, an individual;<br>BLUE MIST MEDIA, LLC, a limited-liability company of unknown origin, d/b/a "YOUGOTPOSTED,"<br><br>Defendants. | Case No. 3:13-cv-01238-CAB-BLM<br><br>**DECLARATION OF RONALD D. GREEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ROY AND AMY CHANSON'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

## DECLARATION OF RONALD D. GREEN

I, RONALD D. GREEN, do hereby affirm under penalty of perjury:

1. I am over the age of eighteen years and am a resident of the State of Nevada. I have been barred in the State of Nevada since 2000. I am a partner with

1  Randazza Legal Group, the law firm of counsel for Plaintiff Abigail Talley in the
2  above-referenced matter.
3      2.   I have personal knowledge of the facts contained herein and, if called
4  as a witness, could testify competently thereto.
5      3.   Prior to the filing of this lawsuit, on several occasions, I
6  communicated with Defendant Eric Chanson and his parents, Defendants Roy
7  Chanson and Amy Chanson, regarding the involuntary pornography sites located at
8  <isanyoneup.net> and, later, <yougotposted.com>.
9      4.   My initial conversations with Defendants Roy and Amy Chanson
10 occurred in September 2012, just prior to a trademark infringement action filed by
11 another client against the Chanson Defendants (the "Nevada Lawsuit").
12     5.   Prior to the filing of the Nevada Lawsuit, I had only spoken with
13 Defendant Eric Chanson.  On or about September 17, 2012, I sent Eric Chanson a
14 draft settlement agreement based upon the terms that we had agreed.
15     6.   Shortly after the settlement agreement was transmitted by me, Eric
16 Chanson's parents entered into settlement discussions.  Specifically, Amy Chanson
17 made representations regarding the settlement agreement, which she said had been
18 executed by Eric Chanson, but which I had yet to receive.
19     7.   I never received an executed copy of the settlement agreement from
20 Eric Chanson.  Upon information and belief, I did not receive a copy of the
21 settlement agreement because Roy and Amy Chanson instructed their son not to
22 sign it, even though Eric Chanson had previously explicitly agreed to its terms.
23     8.   During a subsequent conversation with Eric Chanson on September
24 17, 2012, regarding when I would receive the settlement agreement from Eric
25 Chanson, I could hear someone in the background instructing Eric Chanson
26 regarding how to answer my questions.  I inquired as to who was on the line with
27 him.
28

Randazza
Legal Group
3625 S. Town Center
Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

9. Eric initially stated that no one was on the line with him. I then informed him that I could hear someone telling him what to say and that failure to disclose all participants on a phone call was potentially a violation of Nevada's wiretapping laws.

10. At that point, Roy Chanson admitted that he was on the call, instructing his son how to answer my questions.

11. Roy Chanson additionally informed me that Roy and Amy Chanson were aware of the involuntary pornography website in question and were actively assisting in the editing of photographs on the site. Specifically, Roy Chanson informed me that he and his wife were assisting Eric Chanson in changing all of the watermarks on the involuntary pornography website.

12. Roy Chanson made specific statements about how the process of editing the photographs and the watermarks thereon was arduous and time-consuming.

13. Roy Chanson stated that they were altering the watermarks from the old name of the website (IsAnyoneUp) to the new name of the website (YouGotPosted/UGotPosted).

14. Roy Chanson made further statements to the effect that they were working late into the night on making such edits and were working as quickly as they could.

15. Based upon the statements made by Roy and Amy Chanson to me, it was clear that they were involved in the UGotPosted/YouGotPosted enterprise with Eric Chanson and the other Defendants.

16. I spoke with either, or a combination of, Amy Chanson, Roy Chanson, or Eric Chanson on at least four occasions, as shown in my attached, redacted cell phone records. (See Exhibit 1). Redacted copies have been provided to protect both the Chansons' and my privacy.

Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

17. The number that Eric Chanson used to contact me is listed as beginning with the area code 267. (See Exhibit 1). That number is listed five times on the provided records:

    a. September 15, 2012 at 1:40 p.m. for three minutes;
    b. September 15, 2012 at 1:43 p.m. for two minutes;
    c. September 17, 2012 at 5:52 p.m. for seven minutes;
    d. September 17, 2012 at 6:36 p.m. for ten minutes; and
    e. September 17, 2012 at 7:19 p.m. for four minutes.

18. During all of my conversations with them, both Roy and Amy Chanson were aware of YouGotPosted, its predecessor site at IsAnyoneUp.net, and were aware of the pornographic content on the websites. I also engaged all three of the Chansons in settlement discussions in the Nevada Lawsuit.

19. Furthermore, in my later email conversations with attorney Ryan Gile, who formerly represented Roy and Amy Chanson in that Nevada litigation, Gile stated that Roy and Amy Chanson wanted to know what "additional facts" Randazza Legal Group had about their "involvement with the site (both the sites at issue in the Via View case and the ugotposted sites)." See Exhibit 2, May 7 email with Ryan Gile (redacted to protect settlement discussion). Additionally, Attorney Gile asked my firm what authority we had to settle another action in Michigan that had been filed against Roy and Amy Chanson based on the YouGotPosted Site. See Exhibit 3, second May 7 email with Ryan Gile (redacted to protect settlement discussion). These conversations show that Roy and Amy Chanson did, in fact, know about YouGotPosted before the filing of the Instant Complaint.

Dated October 29, 2013

_____
Ronald D. Green

- 4 -

Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113