1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| ABIGAIL TALLEY, a minor, through her mother ELIZABETH TALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC S. CHANSON, an individual; ROY E. CHANSON, an individual; AMY L. CHANSON, an individual; KEVIN C. BOLLAERT, an individual; BLUE MIST MEDIA, LLC, a limited-liability company of unknown origin, d/b/a "YOUGOTPOSTED,"<br><br>Defendants. | Case No. 3:13-cv-01238-CAB-BLM<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ROY AND AMY CHANSON'S MOTION FOR SANCTIONS** |

22
23
24

### Declaration of Marc J. Randazza in Support of Plaintiff's Opposition to Defendants Roy and Amy Chanson's Motion for Sanctions

25

I, Marc J. Randazza, hereby declare under penalty of perjury, as follows:

26

    1.     I am over the age of eighteen years and a resident of Nevada.  I have

27

been barred in Nevada since 2012 and in California since 2010.  I am managing

28

Randazza
Legal Group
3625 S. Town Center
Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

partner of Randazza Legal Group and counsel for Plaintiff Abigail Talley in the above-referenced matter.

2.      I have personal knowledge of the facts contained herein and, if called as a witness, could testify competently thereto.

3.      Prior to filing suit on behalf of Plaintiff, I reviewed a sworn affidavit of Ronald D. Green, my law partner, filed in another action, *ViaView v. Chanson et al.*, Case No. 2:12-cv-01657 (D. Nev. 2012).  (Attached is a true and correct copy of the Affidavit of Ronald D. Green in Support of *Ex Parte* Motion for Temporary Restraining Order and Motion for Preliminary Injunction, see Exhibit 4).

4.      Prior to filing suit on behalf of Plaintiff, I also reviewed sworn statements made by my client, James McGibney, regarding ownership of the site, which were memorialized in a declaration in that action concerning how Eric Chanson did not act to bind the YouGotPosted/UGotPosted website in resolving a civil dispute without consulting with his parents, Amy Chanson and Roy Chanson.

5.      I personally spoke with Amy Chanson on one occasion regarding the YouGotPosted/UGotPosted site in September 2012, which her son admits in his Motion to Dismiss (ECF 5).  Accordingly, I not only had reason to trust McGibney and Green, but I could verify their declarations.

6.      Prior to filing suit, I also reviewed the YouGotPosted/UGotPosted websites, including the sections containing submissions of California residents. Plaintiff Abbey Talley, a California resident, also represented to me the emotional injuries she suffered as a result of her images being distributed on the YouGotPosted/UGotPosted website.

7.      When discussing the YouGotPosted/UGotPosted site with Amy and Roy Chanson's Nevada counsel, Roy and Amy refused to speak directly to me about their role in the site.  During a subsequent phone conversation, Roy Chanson

Randazza
Legal Group
3625 S. Town Center
Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

denied[1] the contents of his and Amy's prior conversations with Ronald Green, which Mr. Green had sworn to under oath long before my conversation with Roy Chanson (Exhibit 4).

8.    Ultimately, I reasonably trusted the representations of my law partner, Mr. Green – an attorney of more than 10 years – and of James McGibney, a non-party in this action, over the unsworn statements of Defendants Roy and Amy Chanson in maintaining this action against them.

Dated October 29, 2013          /s/ Marc J. Randazza
                                Marc J. Randazza
                                Randazza Legal Group

---

[1] In weighing the credibility of the evidence before me in proceeding against Roy and Amy Chanson, Roy and Amy had not made sworn statements disavowing their connection with the site prior to their motions to dismiss in this action, while Mr. Green had previously been willing to swear to the contents of his conversations with Roy and Amy Chanson under oath.

Randazza
Legal Group
3625 S. Town Center
Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113