# Exhibit 2

Ryan Gile <RGile@weidemiller.com>  May 7, 2013  11:21 AM
To: "Marc John Randazza" <mjr@randazza.com>, "Ron Green" <rdg@randazza.com>
Cc: "Maria Morawska - Randazza Legal Group" <mtm@randazza.com>
RE: Correspondence from Randazza Legal Group [Chanson]

**<u>For Settlement Purposes Only</u>**
**<u>Not Admissible Under FRE 408</u>**

Marc/Ron,

Roy and Amy want to know what authority, if any, you have relative to settling the Michigan case at the same time as the ViaView case.

Best Regards,

Ryan Gile

## Weide & Miller, Ltd.
*Patents, Trademarks, Copyrights, Trade Secrets and Related Litigation*

5th Floor, Bank of Nevada Building
7251 West Lake Mead Blvd. Suite 530
Las Vegas, NV  89128
702-382-4804 (voice)
702-382-4805 (facsimile)
RGile@WeideMiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you.



[redacted] Therefore, I'd suggest that they counter quickly and reasonably.