ROY E. CHANSON
21 Coneflower Lane
Princeton Junction,
New Jersey 08550



AMY L. CHANSON
21 Coneflower Lane
Princeton Junction,
New Jersey 08550
Defendants (pro se)

NUNC PRO TUNC
OCT 25 2013

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAL TALLEY | Case No. 13-cv-1238 CAB BLM |
| ELIZABETH TALLEY | |
| Plaintiff, | Honorable Judge |
| | Cathy Ann Bencivengo |
| V. | |
| ROY E. CHANSON | AMENDED MOTION FOR SANCTIONS |
| AMY L. CHANSON | |
| Defendants. | October 21, 2013 |

The defendants in Case # 13-cv-1238, Roy E. Chanson and Amy L. Chanson would like to make the disclosure that the legal services of SmithDehnIndia was used to help draft the previously filed Motion For Sanctions in the event the court has any objection to our having done so. The omission of the legal services in the drafting was not intentional. We were not instructed by SmithDehnIndia to include this information on the previous document Motion for Sanctions filed with the court. We hope the court will understand that using an "unbundled" service as we could

court that we have been unfairly included in this lawsuit. Roy and Amy Chanson wish to inform the court that Kevin Bollaert has shut down the Yougotposted.com website.

October 21, 2013

Respectfully submitted,

_____
Roy E. Chanson
Roy.Chanson@gmail.com

_____
Amy L. Chanson