

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abigail Talley, a minor, through her mother Elizabeth Talley,<br><br>                                        **Plaintiff,**<br>                V.<br><br>Eric S. Chanson, an individual<br><br>*See Attachment for additional Defendants*<br>                                        **Defendant.** | **Civil No.**  13CV1238-CAB-BLM<br><br><br>           **DEFAULT** |

   It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on May 28, 2013 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: Kevin C. Bollaert, an individual

Entered On:  Nov 15, 2013                              W. SAMUEL HAMRICK, JR., CLERK

                                                                          By:  s/ Y. Barajas
                                                                                  Y. Barajas, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 13CV1238-CAB-BLM

Abigail Talley, a minor, through her mother Elizabeth Talley,

Plaintiffs

v.

Eric S. Chanson, an individual; Roy E. Chanson, an individual; Amy L. Chanson, an individual; Kevin C. Bollaert, an individual; Blue Mist Media, LLC, a limited liability company of unknown origin, d/b/a "YOUGOTPOSTED,"

Defendants