

1 ROY AND AMY CHANSON
21 CONEFLOWER LANE
2 PRINCETON JUNCTION, NJ 08550
609-548-6095
3 Roy.chanson@gmail.com

US DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ABIGAIL TALLEY | Case No.: 3:13-cv-01238 |
|---|---|
| ELIZABETH TALLEY, | |
| Plaintiff, | Honorable Cathy Ann Bencivengo |
| vs. | |
| BOLLAERT ET AL, | ROY. E CHANSON AND AMY L. CHANSON SURREPLY TO PLAINTIFFS OPPOSITION TO MOTION TO DISMISS |
| Defendant | |

NOVEMBER 5, 2013

-1-

Case 3:13-cv-01238-CAB-BLM November 5, 2013 page 2

## INTRODUCTION

Defendants Roy E. Chanson and Amy L. Chanson (pro se) hereby referred to as The Chansons respectfully submit this sur- reply to the Plaintiffs Memorandum of Points and Authorities.

The answering defendants generally and specifically deny each and every allegation contained in each and every paragraph of the plaintiffs' memorandum of point and authorities and each and every cause of action thereof. These answering defendants further deny that they are responsible for any damages claimed by plaintiffs. The Chansons are residents of the State of New Jersey. The Chansons do not have any association with anyone in the State of California or business or business contacts in the State of California. Let it be known The Chansons are not pornographers. The allegations made by the plaintiffs are both slanderous and libelous. The Chansons had nothing to do with the website in the plaintiffs claim or any other website with pornographic material or otherwise. There is no Yougotposted website. At no time was a website listed trademark in the names Roy E. Chanson or Amy L. Chanson. The Chansons did not have any business and the accusation of such a business is simply untrue.

## STATEMENT OF FACTS

The Chansons have been married for 30 years. They are hardworking and respected members of their church and community. The Plaintiffs are deceiving the court to accuse The Chansons of admitting they participated in the website. ("by their own admission") (page 3 paragraph 1). Let it be known The Chansons are not able to admit to their participation because there was no participation. The Plaintiffs provide the court with Decl. Green 9-15. This declaration is false and biased. At no time did The Chansons speak to Mr. Green let alone admit to something they could not have done. Mr. Green is an employee of the Plaintiffs attorney. The evidence they provide the court should be inadmissible. It is hearsay and never took place.

The Plaintiffs state The Chansons acted on behalf of their son in the website. Eric Chanson is 25 years old. The Chansons did not at any time act on behalf of their son. The Chansons were outraged, disgusted and extremely disappointed when they found out their son may have participated in such a website. They did not have any association with the website before, during or after the lawsuits. The assumption of the plaintiff is incorrect and offensive. It was unreasonable for the plaintiff to include The Chansons in any lawsuit. The Chansons do not know Abigail Talley or her mother. They feel for Abigail and her family. It is difficult to learn your child has participated in posing for "lascivious sexually explicit photos" let alone they are posted on the internet. The Chansons cannot claim responsibility for this action.

The plaintiffs refer to Ronald D. Green's declaration. They provide the court with this as the only document that shows proof of The Chansons participating in the website. The Chansons did not speak with Mr. Green. Mr. Green had sworn under oath which is very telling of the kind of lawyer he is. The Chansons are not accustomed to dealing with lawyers and question if it is common conduct for lawyers with 10 years of experience to perform this way. The Chansons are 57 and 56 years old, work full time and have very little computer knowledge. There is no way that they "altered watermarks". Marc Randazza includes a declaration in Roy and Amy Chansons motion for sanctions. He says he can "verify" Greens declaration because he spoke with Amy Chanson. Notice that at no time does he say that Amy Chanson said she participated in the website. He also produces a declaration from James McGibney. James McGibney is an unreliable source for the plaintiff. He runs several websites and was interested in purchasing the Isanyoneup website. This is not evidence. This is bias. Randazza represents McGibney. McGibney's existing websites are of questionable character, after all he wanted to buy the Isanyoneup website. McGibney states that Eric needed to consult with his parents. The Chansons gave Eric no counseling on selling the website. Eric is over 18 years old and did not need his parent's consent. Mr. Randazza did speak with Amy Chanson. Late at night he called and threatened her son. Her son was so terrified, he called his mom to come on the phone. At which time, she was threatened as well. The tactics of this legal group are not only unethical, unprofessional but improper. Amy never heard of a lawyer who calls with threats late at night and did not believe she was speaking to a "real" lawyer.

B. Defendants Roy and Amy Chanson should not be subject to specific personal jurisdiction within California.

The Plaintiff fails to meet the necessary cause to claim specific jurisdiction under the United States Court of Appeals for the Ninth Circuit three part test. 1) The Chansons did not avail themselves to acting or causing interference in the forum state; 2) The Chansons had no cause of action activities in the forum state; and 3) The Chansons are not connected to the forum state the exercise of jurisdiction is unreasonable. There were no acts or consequences caused by the defendant. The Defendants have presented a "compelling case" as the plaintiffs have not met the burden to establish The Chansons association in California.

1. Roy and Amy Chanson did not commit intentional act by publishing the Plaintiffs lewd and lascivious photos on the internet. The allegations made by the plaintiffs are slanderous and reviling. The Chansons did not edit, post or have any association with the website whatsoever. The plaintiff is deceiving the court.
2. The Chansons never spoke to an attorney in this action about Abigail or "admitted they actively assisted with its operations and administration". They were never editors or owners or operators of the website and had no association or business or jurisdiction in California.

3. It is unreasonable for the plaintiffs to include The Chansons in this lawsuit. They have not met the burden of proof because there is no proof. The Chansons did not participate in any website activities and to name them in this lawsuit is unfair and unreasonable.

The plaintiff provides the court with exhibits that help The Chansons defend their position. Exhibit A: The domain history belongs to Kevin Bollaert. The Chansons have no relation to Kevin Bollaert.

Exhibit B: The trademark also belongs to Kevin Bollaert not The Chansons.

Exhibit C: The article submitted as evidence has nothing to do with The Chansons whatsoever. In fact, this case was dismissed because Ms. Jacobs could not show proof that her ex- boyfriend put the pictures on the internet. Just as the plaintiff cannot show proof that the Chansons put pictures on the internet because there is no such proof. This case should be dismissed as well.

Exhibit 1: The declaration of Ron Green is biased and inaccurate as The Chansons did not have

Case 3:13-cv-01238-CAB-BLM November 5, 2013 page 5

any conversations whatsoever with him. He produces a telephone bill with calls the Chansons allegedly participated in. These calls are bogus as they are not the Chansons phone numbers. It is very important to note that these calls were either made before the Chansons come home from work or late at night when the Chansons would be retired for the evening. The plaintiff discusses Roy and Amy Chansons refusal to speak with Randazza. (Randazza Dec) If Roy and Amy refused to speak with Randazza why would they speak with Green?

Exhibit 2: The plaintiffs have included a private email from Ryan Gile which should be protected under FRE 408. There is no explanation by the plaintiff relative to this case. This email provides the court with no evidence as to the Chansons participation in the website whatsoever. It serves little purpose as the response information has been conveniently omitted.

Exhibit 3: Once again the plaintiffs include privileged, confidential emails that are incomplete. One wonders what the blackened out responses were. These documents have been submitted to the court incomplete and biased to make the defendants Roy and Amy Chanson look guilty.

These tactics must make the court sit up and take notice of what the Plaintiff's attorneys will do to fabricate a case against The Chansons.

The plaintiffs list seven factors for analyzing whether the exercise of personal jurisdiction would be reasonable. The plaintiff has failed to provide the court with truthful information regarding The Chansons. The Chansons have no association or business dealings in California whatsoever. They did not at any time participate in any way with the website. To accuse them is libelous and biased. The plaintiff has failed to satisfy California's personal jurisdiction over Roy and Amy Chanson. The plaintiffs have included Roy and Amy in this lawsuit to extort financial gain from them. As they know the other defendants have little financial status, the plaintiffs included The Chansons to attain a financial interest and have supplied the court with a memorandum filled with untruths. There is no evidence here of The Chansons participating in the website. Just to accuse the Chansons is not enough to provide the Chansons relationship with anyone in California.

Case 3:13-cv-01238-CAB-BLM November 5, 2013 page 6

## IV. Conclusion

Roy and Amy Chanson respectfully ask the court to dismiss the Plaintiffs case against them. The accusations made in the plaintiff's memorandum are offensive and callous. The Chansons are good citizens who would never participate in any of the actions claimed by the plaintiffs. The plaintiffs have failed to produce the necessary cause to claim. The documents supplied to the court are "rigorous pre-filing investigation" of Roy and Amy Chanson's involvement and must be dismissed as it is not sufficient to accuse without hard evidence. Being named in this lawsuit has caused much harm as The Chansons have been unfairly labeled distributors of child pornography. Not only is this a serious allegation, this accusation will have impact on the Chansons lives forever. The Chansons are respected members of their community and good citizens who contribute to the betterment of all who come in contact with them. They are not the vial picture the Plaintiff paints to the court. While they have no experience navigating the court system "pro se", they tried their best to convey the chain of events truthfully and honestly. They have suffered pain, humiliation and psychological injury as a result of the accusations made by the Plaintiff. The Plaintiff's allegations are clearly visible on Google and will affect the Chansons livelihood and Mr. Chanson's opportunities for future employment.

The Chansons are residents of the State of New Jersey. They have no business or personal contact with anyone in the state of California. The Chansons pray that the court will see fit to dismiss them as defendants in Case No. 3:13-cv-01238-CAB-BLM and the Plaintiff take nothing by their complaint and that said complaint and each cause of action therein be dismissed.

The Chansons would also like the court to know that they had no assistance from any lawyers or outsourcing company when composing this document.

Respectfully submitted,

Dated this 5th day of November 2013

_____
Roy E. Chanson

_____
Amy L. Chanson
21 Coneflower Lane
Princeton Junction, New Jersey 08550
Roy.Chanson@gmail.com

November 3, 2013

## CERTIFICATE OF SERVICE

Served via US postal service:

Marc Randazza
Randazza Legal Group
3625 S. Town Center Drive
Las Vegas, Nevada 89135


Kevin Bollaert
1765 Garnet Ave. 27
San Diego, California 92109

ROY AND AMY CHANSON
21 CONEFLOWER LANE
PRINCETON JUNCTION, NJ 08550
609-548-6095
Roy.chanson@gmail.com

US DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL TALLEY<br><br>ELIZABETH TALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>BOLLAERT ET AL,<br><br>Defendant | Case No.: 3:13-cv-01238<br><br>Honorable Cathy Ann Bencivengo<br><br>ROY. E CHANSON AND AMY L. CHANSON SURREPLY TO PLAINTIFFS OPPOSITION TO MOTION FOR SANCTIONS |

NOVEMBER 5, 2013

-1-

Case No. 3:13-cv-01238-CAB-BLM November 5, 2013- page 2

INTRODUCTION

Defendants Roy E. Chanson and Amy L. Chanson (pro se) hereby referred to as The Chansons respectfully submit this sur- reply to the Plaintiff's opposition to Roy and Amy Chanson's Motion for Sanctions pursuant to Rule 11.
The Chansons respectfully ask the court to consider their motion for sanctions and not dismiss as the attorneys have acted irresponsibly by including The Chansons in this lawsuit. The Chansons have not misrepresented themselves to the court. It is the plaintiffs who have misrepresented the court. They have slandered the Chansons and their good name forever. Being accused as child pornographers is a very serious allegation not to be taken lightly. The individuals who swore in court documents are of suspicious character. The plaintiffs site other litigations in order to prove that the Chansons participated in the site. The settlement of the lawsuit in question had nothing to do with The Chansons admission of guilt as pornographers whatsoever and the suggestion by the plaintiffs is cause for sanctions.

Legal Argument

The plaintiff has indeed submitted the pleading for an improper purpose. There is no evidentiary support. Any evidentiary support is bias and from their own employees or clients. The accusation of calling someone a child pornographer should have solid evidence that does not involve bias. There is no sufficient credible information here. The conclusions are made against the Chansons for financial gain. The plaintiffs know there is no financial gain to be made from the other defendants in this case, so they included the Chansons. The Plaintiffs behavior is inappropriate. Their pre filing inquiry was made "in house" using their own law firm as evidence. The Chansons wonder if this is common practice to prove a case. The plaintiffs lawyers are so desperate to provide the court with documents they go so far to include other cases that are still pending (Ohio). Which by the way, the Chansons have filed a responsive pleading without using an unbundled service as per the judges request. The plaintiffs attorneys have filed cases against the Chansons in several different states using the same bias evidence. The Chansons wonder if this is not only libel and slander but harassment. The plaintiffs also include the Chansons use of unbundled services to help them in filing court documents. The American Bar Association filed a formal opinion 07-446 regarding undisclosed legal assistance to Pro se litigants (2011) "In our opinion, the fact that a litigant submitting papers to a tribunal on a pro se basis has received legal assistance behind the scenes is not material to the merits of

Case No. 3:13-cv-01238- CAB-BLM November 5, 2013 page 3

the litigation." The Chanson have apologized to the court in this matter. The Chansons agree with the American Bar Association and hope the court agrees as well.

The standard for granting sanctions is left to the Court's discretion (see page 4 last paragraph of plaintiffs declaration) which questions whether the attorney's conduct was reasonable under the circumstances. The plaintiffs have shown objective unreasonable conduct as to include the Chansons in this lawsuit. The ViaView lawsuit was not properly served on The Chansons. They were unable to respond to that suit in time and lost in default. This was another tactic of the Randazza Group. They by no means won that case on merit. The Chansons borrowed money in order to enter a settlement agreement so that they could sell their home. Once that case was settled the Randazza group decided to bring cases against the Chansons in different states. Based on their adverse experience with the Randazza Group it is not surprising that they did not wish to have contact with them. No one should suffer the kind of abuse and threats the Chansons experienced at the hands of the Randazza Group. First and foremost being labeled child pornographers, second various distortions of the truth and last submitting lawsuits against them throughout the country for potential financial gain. The Chansons respectfully pray the court will impose sanctions on the plaintiffs so that they will perhaps not file lawsuits on other innocent citizens in the future.

The Chansons would like the court to know that they received no assistance in writing this document from any lawyers, legal services whatsoever.

Respectfully submitted on this day November 3, 2013.

_____  
Roy E. Chanson  
21 Coneflower Lane  
Princeton Junction, New Jersey 08550  
roy.chanson@gmail.com

_____  
Amy L. Chanson