Marc J. Randazza, Cal. Bar No. 269535
Christopher A. Harvey, Cal. Bar. No. 261986
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiff,
Abigail (Abbey) Talley, through her mother, Elizabeth Talley

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL TALLEY, a minor, through her mother ELIZABETH TALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC S. CHANSON, an individual;<br>ROY E. CHANSON, an individual;<br>AMY L. CHANSON, an individual;<br>KEVIN C. BOLLAERT, an individual;<br>BLUE MIST MEDIA, LLC, a limited-liability company of unknown origin, d/b/a "YOUGOTPOSTED,"<br><br>Defendants. | Case No. 3:13-cv-01238-CAB-BLM<br><br>Hon. Cathy Ann Bencivengo<br><br>**PLAINTIFF'S EVIDENTIARY SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT ERIC CHANSON'S MOTION TO DISMISS**<br><br>Hearing date vacated per court order.<br><br>Action Filed: May 28, 2013 |

Plaintiff Abigail Talley ("Abbey"), a minor, through her mother Elizabeth Talley, hereby files this Evidentiary Supplement to Plaintiff's Opposition to Defendant Eric Chanson's Motion to Dismiss.

Good cause exists for this late supplemental filing because Plaintiff received evidence within the last 24 hours to support her opposition to Defendant Eric Chanson's Motion to Dismiss. The purpose of this evidentiary supplement is to

Randazza
Legal Group
3625 S. Town Center
Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

- 1 -                                                                        13cv01238

bring to the Court's attention information helpful to the pending Motion to Dismiss. (ECF 5). The evidence Plaintiff's counsel discovered yesterday shows Defendant Eric S. Chanson's involvement with YouGotPosted/UGotPosted and his jurisdictional connection to the Southern District of California.

**A. Defendant Eric S. Chanson created, owned, and operated YouGotPosted/UGotPosted.**

On December 10, 2013, Defendant Kevin Bollaert was arrested in San Diego County on charges related to YouGotPosted/UGotPosted. See Exhibit A, Criminal Complaint of Kevin Bollaert. Contained in the court documents is evidence that shows Defendants Bollaert and Eric S. Chanson created the websites Ugotposted and changemyreputation.com. When a victim inquired about removing the images from Ugotposted, they would not receive a response; however, Ugotposted hosted a link to the webpage changemyreputation.com and for a fee, the images would be removed from Ugotposted. See Exhibit B, Arrest Warrant of Kevin Bollaert, at 2.

During the course of the criminal investigation, Bollaert was identified as the owner of Ugotposted and admitted he and Eric Chanson created the website. Exhibit B, at 2. Further evidence extracted from Bollaert's computer showed Bollaert and/or Eric Chanson owned and/or operated changemyreputation.com and extorted money from victims wanting their images removed from Ugotposted. Exhibit B at 2.

Additionally, email records showed the email address changemyreputation@gmail.com was added to a PayPal account, and Defendant Bollaert and/or Eric Chanson set up the account in October 2012. Email records further indicate that Eric Chanson received an email from PayPal that informed him he had successfully linked his bank account to the changemyreputation@gmail.com's PayPal account. During the initial setup, a person using the name Eric Chanson deposited $300.00

Case 3:13-cv-01238-CAB-BLM   Document 30   Filed 12/11/13   Page 3 of 4

into changemyreputation.com's PayPal account, which was then transferred into his bank account. Exhibit B at 11-12. The evidentiary findings in the arrest report show that Defendant Eric Chanson significantly assisted in the operation of YouGotPosted/UGotPosted.

Accordingly, Plaintiff has shown that Eric Chanson is an owner and operator of YouGotPosted/UGotPosted, and personal jurisdiction over him is appropriate.

**B.    Defendant Eric Chanson has systematic and continuous contacts with the State of California.**

The supplementary evidence also shows that Chanson has sufficient minimum contacts with the State of California to support a finding of the Court's jurisdiction over him. The arrest warrant cites to numerous takedown requests from victims whose photos appeared on the website, many of whom live in California. See Exhibit B at 4-7. For example, as of the second week of July 2013, Ugotposted had over 25 posts containing individuals tagged from California. There is further evidence that many, if not most, of the thousands of individuals targeted by the Defendants in this lawsuit reside or are located in California. See Exhibit B, at 3-7. Because Defendant Chanson's intentional acts are directed at many individuals within the state of California, in addition to the Plaintiff involved in this lawsuit, this Court may exercise personal jurisdiction over him.

Plaintiff Talley respectfully requests that the Court consider her Evidentiary Supplement to Plaintiff's Opposition to Defendant Eric Chanson's Motion to Dismiss.

//
//
//
//
//

- 3 -    13cv01238

Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

Dated: December 11, 2013

Respectfully Submitted,

RANDAZZA LEGAL GROUP

/s/ Christopher A. Harvey
Marc J. Randazza (Cal. Bar No. 269535)
Christopher A. Harvey (Cal. Bar No. 261986)
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 11th day of December, 2013, I caused documents entitled:

- Evidentiary Supplement to Plaintiff's Opposition to Defendant Eric S. Chanson's Motion to Dismiss

to be served as follows:

[ X ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Defendants' known addresses; and/or

[   ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[   ]   to be hand-delivered;

[   ]   by the Court's CM/ECF system.

an employee of Randazza Legal Group