Marc J. Randazza, Cal. Bar No. 269535
Christopher A. Harvey, Cal. Bar. No. 261986
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiff,
Abigail (Abbey) Talley, through her mother, Elizabeth Talley

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL TALLEY, a minor, through her mother ELIZABETH TALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC S. CHANSON, an individual;<br>ROY E. CHANSON, an individual;<br>AMY L. CHANSON, an individual;<br>KEVIN C. BOLLAERT, an individual;<br>BLUE MIST MEDIA, LLC, a limited-liability company of unknown origin, d/b/a "YOUGOTPOSTED,"<br><br>Defendants. | Case No. 3:13-cv-01238-CAB-BLM<br><br>Hon. Cathy Ann Bencivengo<br><br>**DECLARATION OF CHRISTOPHER A. HARVEY IN SUPPORT OF PLAINTIFF'S EVIDENTIARY SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT ERIC CHANSON'S MOTION TO DISMISS** |

I, Christopher A. Harvey, declare as follows:

1. I am counsel of record for Plaintiff Abigail Talley ("Abbey"), an attorney with Randazza Legal Group and duly licensed to practice before this Court. I have personal knowledge of the facts set forth in this declaration, unless otherwise stated, and I could and would testify competently if called as a witness.

2. I submit this declaration in support of Plaintiff Abbey's Evidentiary

Randazza
Legal Group
3625 S. Town Center
Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113

Supplement to Plaintiff's Opposition to Defendant Eric Chanson's Motion to Dismiss.

3. On December 10, 2013, I was informed that Defendant Kevin C. Bollaert had been arrested based on a press release statement published by the California Attorney General's office.

4. Immediately after reviewing the press release and related attachments on the California Attorney General's website, I downloaded copies of the following documents, which are available on the California Attorney General's website, located at https://oag.ca.gov/news/press-releases/attorney-general-kamala-d-harris-announces-arrest-revenge-porn-website-operator (last accessed December 11, 2013):

    a. **Exhibit A**, a true and correct copy of the Criminal Complaint against Defendant Kevin C. Bollaert.

    b. **Exhibit B**, a true and correct copy of the Arrest Warrant for Defendant Kevin C. Bollaert and the Declaration of Brian Cardwell, Special Agent of the California Department of Justice, in support of the Arrest Warrant. Relevant portions of Mr. Cardwell's declaration have been highlighted by me as it relates to the pending Motion to Dismiss by Defendant Eric Chanson.

    c. **Exhibit C**, a true and correct copy of the Press Release Statement published by the California Attorney General's Office.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 11, 2013 in San Diego, California.

          /s/ Christopher A. Harvey
        Christopher A. Harvey
        *ecf@randazza.com*