## Table of Exhibits

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| A | Complaint Against Kevin Bollaert | 1-11 |
| B | Arrest Warrant of Kevin Bollaert | 12-34 |
| C | Attorney General's Press Release | 35-37 |

# EXHIBIT A

```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  TAWNYA AUSTIN
    Deputy Attorney General
 3  State Bar No. 198663
      110 West A Street, Suite 1100
 4    San Diego, CA 92101
      P.O. Box 85266
 5    San Diego, CA 92186-5266
      Telephone: (619) 645-2823
 6    Fax: (619) 645-2489
      E-mail: Tawnya.Austin@doj.ca.gov
 7  Attorneys for People of the State of California
```

FILED
Clerk of the Superior Court
DEC 10 2013
By: C. Flores, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

SAN DIEGO SUPERIOR COURT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN CHRISTOPHER BOLLAERT (DOB: 6/27/1986), <br><br> Defendant. | Case No. <br><br> COMPLAINT [FELONY] |

The Attorney General of the State of California hereby accuses Kevin **BOLLAERT** of the following criminal offenses:

**Count 1**

In and between December 2, 2013 and September 17, 2013, in the County of San Diego the crime of Conspiracy, in violation of Penal Code section 182, (a)(1) a felony, was committed by Kevin **BOLLAERT** who did unlawfully conspire together with another person and persons whose identity is unknown to commit the crime of Identity Theft, in violation of Penal Code

1

section 530.5, a felony; that pursuant to and for the purpose of carrying out the objectives and purposes of the aforesaid conspiracy, that Kevin **BOLLAERT** and others committed the following overt acts at and in the County of San Diego, overt act(s):

### Overt Act 1

Between December 2, 2012 and September 17, 2013, Kevin **BOLLAERT** was the administrator of a website called " ugotposted.com".

### Over Act 2

Between December 2, 2012 and September 17, 2013, Kevin **BOLLAERT**, with the assistance of known and unknown conspirators, posted Ten Thousand One Hundred Seventy (10,170) private photographs containing nude and explicit images of individuals who did not give permission for their private images to be posted online.

### Overt Act 3

Between December 2, 2012 and September 17, 2013, Kevin **BOLLAERT** posted the personal identifying information of over ten thousand individuals in conjunction with private images of those individuals without their permission.

### Overt Act 4

On July 12, 2013, Kevin **BOLLAERT** failed to remove images of Jane Doe #6 following the receipt of an email from Jane Doe #6 stating that due to private images of her, along with her personal identifying information, being posted on ugotposted.com she was "...scared for my life! People are calling my work place and they obtained the information from this site!  I did not give permission for anyone to put up those pictures or my personal information.  I have contacted the police but these pictures need to come down!  Please!".

### Overt Act 5

On July 17, 2013, Kevin **BOLLAERT** failed to remove images of Jane Doe #8 following the receipt of an email from Jane Doe #8 requesting her private information and images be taken down from ugotposted.com stating she was "getting nonstop harassing messages..."

### Overt Act 6

Between June 20, 2013 and August 26, 2013, Kevin **BOLLAERT** received and reviewed over 2000 emails from individuals requesting their personal identifying information and images be removed from ugotposted.com.

### Overt Act. 7

In October of 2012 Kevin **BOLLAERT** with the assistance of known and unknown conspirators opened and updated an online account called changemyreputation.com.

### Overt Act 8

Between December 2, 2012 and September 17, 2013, Kevin **BOLLAERT** collected in excess of $10,000(ten thousand dollars) via changemyreputation.com from individuals paying to have their personal identifying information and images removed from ugotposted.com.

### Count 2

On or about April 4, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #1 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe # 1.

### Count 3

On or about April 4, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #1 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #1.

### Count 4

On or about April 4, 2013, in the County of San Diego, the crime of Extortion, in violation of Penal Code Section 520, a felony was committed by Kevin **BOLLAERT**, who extorted money and or other property from Jane Doe # 1 by means of threat such as is mentioned in Penal Code Section 519, to wit, to expose, or to impute to her any disgrace or expose any secret affecting her.

3

Complaint [Felony]

### Count 5

On or about April 18, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #2 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #2.

### Count 6

On or about April 18, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #2 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #2.

### Count 7

On or about April 18, 2013, in the County of San Diego, the crime of Extortion, in violation of Penal Code Section 520, a felony was committed by Kevin **BOLLAERT**, who extorted money and or other property from Jane Doe #2 by means of threat such as is mentioned in Penal Code Section 519, to wit, to expose, or to impute to her any disgrace or expose any secret affecting her.

### Count 8

On or about April 29, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #3 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #3.

### Count 9

On or about April 29, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #3 and used that

information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #3.

### Count 10

On or about May 13, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #4 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #4.

### Count 11

On or about May 13, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #4 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #4.

### Count 12

On or about July 6, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #5 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #5.

### Count 13

On or about July 6, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #5 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #5.

### Count 14

On or about July 12, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #6 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #6.

### Count 15

On or about July 12, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #6 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #6.

### Count 16

On or about July 16, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #7 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #7.

### Count 17

On or about July 16, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #7 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #7.

### Count 18

On or about August 4, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #8 and used that

information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #8.

### Count 19

On or about August 4, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #8 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #8.

### Count 20

On or about August 6, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #9 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #9.

### Count 21

On or about August 6, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #9 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #9.

### Count 22

On or about August 13, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #10 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #10.

#### Count 23

On or about August 13, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #10 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #10.

#### Count 24

On or about August 26, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #11 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #11.

#### Count 25

On or about August 26, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #11 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #11.

#### Count 26

On or about September 4, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #12 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #12.

#### Count 27

On or about September 4, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #12 and used

8

that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #12.

### Count 28

On or about September 10, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #13 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #13.

### Count 29

On or about September 10, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #13 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #13.

### Count 30

On or about September 12, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #14 and used that information for an unlawful purpose to wit, to harass and annoy, without the consent of Jane Doe #14.

### Count 31

On or about September 12, 2013, in the County of San Diego, the crime of Identity Theft, in violation of Penal Code section 530.5(a), a felony, was committed by Kevin **BOLLAERT**, who did willfully and unlawfully obtain personal identifying information of Jane Doe #14 and used that information for an unlawful purpose, and to obtain, and attempt to obtain credit, goods, services, and money, without the consent of Jane Doe #14.

Dated: December 10, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

*[signature]*

TAWNYA AUSTIN
Deputy Attorney General
*Attorneys for the People of the State of California*