

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | |
| **Plaintiff,** | Civil Action No.  13cv1238-CAB-BLM |
| V. | |
| See Attachment | **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for default judgment is granted. The Clerk of Court enters default judgment totaling $900,000 as follows: 1. Judgment should be entered in favor of Plaintiff and against Kevin Bollaert for a total of $450,000, consisting of (a) minimum statutory damages of $150,000 under 18 U.S.C. § 2255; (b) punitive damages of $150,000 under 18 U.S.C. § 2252A(f)(2)(B); and (c) compensatory damages for mental anguish for violation of California Civil Code § 3344(a). Bollaert shall be severally liable for payment of this entire $450,000. 2. Judgment should be entered in favor of Plaintiff and against Eric Chanson for a total of $450,000, consisting of (a) minimum statutory damages of $150,000 under 18 U.S.C. § 2255; (b) punitive damages of $150,000 under 18 U.S.C. § 2252A(f)(2)(B); and (c) compensatory damages for mental anguish for violation of California Civil Code § 3344(a). Chanson shall be severally liable for payment of this entire $450,000. 3. A permanent injunction as to both Defendants: a. Enjoining them from using any photographs of Plaintiff; and b. Requiring them to destroy any and all copies of photographs of Plaintiff still in their possession.

**Date:**         2/25/15

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By:  s/ C. Lopez

C. Lopez, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  13cv1238-CAB-BLM

Abigail Talley, a minor through her mother Elizabeth Talley

                            Plaintiff

v.

Eric S. Chanson, an individual; Roy E. Chanson, an individual; Amy L. Chanson; Kevin C. Bollaert, an individual; Blue Mist Media, LLC, a limited liability company of unknown origin dba "YOUGOTPOSTED"

                            Defendants.